Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
State Bar of California #090387
Email: Scleidner@aol.com

Attorney for Plaintiff
CHRISTOPHER MILES HAYDEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MILES HAYDEN<br><br>Plaintiff<br><br>vs.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2-18-v-02213 KES<br><br>ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA} |

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded attorney fees under EAJA in the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS and 00/100 cent ($3,700.00) as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation

DATED:  October 24, 2019

*Karen E. Scott*
KAREN E. SCOTT
U.S. Magistrate Judge

-1-